Andrea F. Oxman (SBN 252646)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430
Email: Andrea.Oxman@jacksonlewis.com

Kara A. Goidosik (SBN 337705)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: Kara. Goidosik@jacksonlewis.com

Attorneys for Defendant
BUILDERS FIRSTSOURCE, INC.

Kym Kanenaka (SBN 350890)
Christina R. Kerner (SBN 353333)
BROCK & GONZALES, LLP
6701 Center Drive West, Suite 610
Los Angeles, CA 90045
Telephone: (310) 294-9595
Facsimile:  (310) 961-3673
Email: kk@brockgonzales.com
Email: ck@brockgonzales.com

Attorneys for Plaintiff
SONYA HERNANDEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br><br>BUILDERS FIRSTSOURCE, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO.:  2:25-cv-02855-DJC-SCR**<br><br>**ORDER GRANTING STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING ARBITRATION AND STAY ENTIRE ACTION**<br><br>*(Removed from Stanislaus County Superior Court Case No. CV-25-007196)*<br><br>Complaint filed:  July 24, 2025 |

1

Case No. 2:25-cv-02855-DJC-SCR
ORDER GRANTING STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING
ARBITRATION AND STAY ENTIRE ACTION

**ORDER**

Upon stipulation of the parties and good cause shown, the Court orders as follows:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. 13) is moot.

2. All claims and causes of action set forth in Plaintiff's Complaint on file in this case against Defendant shall be submitted to binding arbitration before a neutral arbitrator in accordance with the terms of the Parties' Mutual Arbitration Agreement;

3. This action is stayed in its entirety pending completion of arbitration; and

4. All hearing dates and associated deadlines are hereby taken off calendar.

5. The Clerk of Court shall administratively close this case.

**IT IS SO ORDERED.**

Dated:  January 20, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO BINDING
ARBITRATION AND STAY ENTIRE ACTION